### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-30886 |
| Phyllis Marie Morrison ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | CERTIFICATION AND ORDER |
| ) | |

### AGREED ORDER RESOLVING DEBTOR'S MOTION TO RETAIN SETTLEMENT PROCEEDS

The matter before the Court is the Debtor's Motion to Retain Settlement Proceeds in the amount of $8,650.53 (the "Motion") (Doc # 73). The parties by and through their counsel have advised the Court that they have reached an agreement regarding the Objection and upon careful review of the record in this case, it is accordingly

**ORDERED** that the Motion is hereby **SETTLED** as filed,

**IT IS FURTHER ORDERED that** the Debtor will provide proof that the Medical Bills have been paid within 45 days of the entry of this Order, and if not, the settlement proceeds not used to pay medical bills will be turned over to Chapter 13 Trustee within 45 days of the date of this Order.

**IT IS FURTHER AGREED** that upon entry of this Order, the Trustee's Objection to the Motion to Approve Settlement/Compromise Controversy (Doc. 71) is hereby withdrawn. A separate order shall enter granting the Debtor's Application to Approve Settlement/Compromise Controversy (Doc. 69).

**FINALLY, IT IS ORDERED** that the hearing on this matter scheduled for March 9, 2023 is CANCELED.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: February 24, 2023

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/3

| | |
|---|---|
| Respectfully Submitted | Respectfully Submitted |
| */s/ Russell C. Simon* | */s/Tobias Licker* |
| Russell C. Simon | |
| Chapter 13 Trustee | Tobias Licker, #56778MO; |
| Trustee 24 Bronze Pointe | 1861 Sherman Dr |
| 301 W. High Street, Room 679 | St. Charles, MO 63303 |
| Swansea, IL 62226 | tobias@lickerlawfirm.com |
| Telephone: (618) 277-0086 | (636) 916-5400 |
| Telecopier: (618) 234-0124 | (636) 916-5402 fax |
| | Attorney for Debtor |