# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| PHYLLIS MARIE MORRISON | |
| | Case No. 21-30886 |
| Debtor(s). | |

## ORDER

THIS MATTER is before the Court on the Debtor's Motion to Approve Settlement/Compromise Controversy (Doc. 69). The Trustee having withdrawn his objection[1], IT IS ORDERED that the Motion is GRANTED and the settlement of debtor's personal injury claim arising from a November 7, 2019 auto accident as set forth in the Motion is APPROVED.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: February 24, 2023

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/3

---

[1] The Trustee's objection was withdrawn pursuant to the agreed order entered February 24, 2023 resolving the Debtor's Motion to Retain Settlement Proceeds.