**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: ) | Case No. 21-30886 |
| Phyllis Marie Morrison ) | |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Motion to Terminate Wage Order |

**MOTION TO TERMINATE WAGE ORDER**

Comes now the above captioned Debtor, through the attorney, Tobias Licker, and for this motion states as follows:

1. The Court previously entered its order directing Rosch Company to withhold from the wages of debtor funds for the Chapter 13 Plan Payment.
2. The Debtor now wishes to pay directly to the trustee.
3. The Debtor needs the wage withholding to stop in order to free up funds to meet day to day expenses.

Wherefore the Debtor prays the Court enter its order terminating the order to withhold from wages and for such other relief as may be just and proper.

/s/ Tobias Licker
Tobias Licker, #56778,
1861 Sherman Dr.
St. Charles, MO 63303
Tel. (636) 916-5400
Fax (636) 916-5402
E-mail: Tobiaslicker@hotmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Objection to Claim#36 was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, March 1, 2023

                                                     /s/   Sandeep Gulia

Russell C. Simon, Trustee           Via CM/ECF
33 Bronze Pointe
Suite 110
Swansea, IL 62226

United States Attorney's Office
Financial Litigation Unit
9 Executive Drive
Fairview Heights, Illinois 62208

Rosch Company
18390 Wings Corporate Drive
Chesterfield, MO 63005